IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| J.B. BURLISON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-cv-01277 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Brown |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff J.B. Burlison, Jr.'s Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 13). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion (Doc. No. 16), and Mr. Burlison filed a Reply (Doc. No. 17). Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 18 at 19–20.) The Report was filed on December 19, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 28 day of January, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT